CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 21 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| PAULA LEE WAYLAND, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:11cv00010 |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) By: Michael F. Urbanski |
| Commissioner of Social Security, | )     United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

This matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition. The Magistrate Judge filed a report and recommendation on October 13, 2011 recommending that the Commissioner's motion to remand be granted and that the case be remanded pursuant to sentence four of 42 U.S.C. § 405(g). No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety. It is accordingly **ORDERED** and **ADJUDGED** that the Commissioner's motion to remand (Docket #20) is **GRANTED**, that the Commissioner's motion for summary judgment (Docket #16) is **DENIED as moot**, that this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration, and that this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered: November 21, 2011

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge